**SET ASIDE AND REMAND and Opinion Filed December 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00524-CV

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellant**
**V.**
**COLLIN CREEK MALL, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03582-2011**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Stoddart

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they have reached a settlement. In accordance with the parties' agreement, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

140524F.P05

/Craig Stoddart/
CRAIG STODDART
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COLLIN CENTRAL APPRAISAL
DISTRICT, Appellant

No. 05-14-00524-CV          V.

COLLIN CREEK MALL, LLC, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 219-03582-2011.
Opinion delivered by Justice Stoddart.
Justices Francis and Evans, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **SET ASIDE** without regard to the merits and this case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' agreement.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered this 15th day of December, 2014.